IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MUSARRAT BATOOL, SYED
IBRAHIM HUSSAIN, AND SYED
MUHAMMAD BAQIR HUSSAIN,

     Appellants,

v.

Case No.    5D22-410
LT Case No. 2021-CC-015381-O

PRIME INTERNATIONAL
PROPERTIES DUVAL, LLC,

     Appellee.
_____/

Opinion filed December 29, 2022

Appeal from the County Court
for Orange County,
Eric H. DuBois, Judge.

Musarrat Batool, Orlando, pro se.
Syed Ibrahim Hussain, Orange Park,
pro se. Syed Muhammad Baqir
Hussain, Orlando, pro se.

No Appearance for Appellee.

PER CURIAM.

     Musarrat Batool ("Ms. Batool"), Syed Ibrahim Hussain ("Mr. Ibrahim"),

and Syed Muhammad Baqir Hussain ("Mr. Baqir") appeal the "Final

Judgment as to Unlawful Detainer" in favor of Prime International Properties Duval, LLC. We dismiss the appeal as to Mr. Ibrahim and Mr. Baqir, as they were not parties to the trial court proceedings. *See, e.g.*, *Edwards v. CIT Bank, N.A.*, 306 So. 3d 217, 219 (Fla. 3d DCA 2020) ("[A] non-party in the lower tribunal is a stranger to the record and, therefore, lacks standing to appeal an order entered by the lower tribunal." (citations omitted)). As to Ms. Batool, we affirm the final judgment.

AFFIRMED in part; DISMISSED in part.

SASSO, NARDELLA and WOZNIAK, JJ., concur.